Quaysa Flumo
NAME

96061-007
PRISON IDENTIFICATION/BOOKING NO.

1377 Air Express Road; Victorville, CA 92324
ADDRESS OR PLACE OF CONFINEMENT

Note: If represented by an attorney, provide name, address, & telephone number. *It is your responsibility to notify the Clerk of Court in writing of any change of address.*



FILED
CLERK, U.S. DISTRICT COURT
JUL - 9 2025
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

Fee Due

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Quaysa Flumo
FULL NAME (Include name under which you were convicted)
                                                            Petitioner,

v.

Rocolcol
NAME OF WARDEN, (or other authorized person having custody of petitioner)
                                                            Respondent.

CASE NUMBER:
ED CV 25-1729-RGK (BFM)
To be supplied by the Clerk of the United States District Court

CR _____
Criminal case under which sentence was imposed.

**EMERGENCY**
**PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY**
**(28 U.S.C. § 2241)**

## INSTRUCTIONS - READ CAREFULLY

This petition shall be legibly handwritten or typewritten and signed by the petitioner under penalty of perjury. You must set forth CONCISELY the answer to each question in the proper space on the form. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury.

You must not attach separate pages to this petition except that ONE separate additional page is permitted in answering Question No. 9.

Upon receipt of a fee of $5.00, your petition will be filed if it is in proper order.

If you are seeking leave to proceed *in forma pauperis* (without paying the $5.00 filing fee and other court costs), then you must also execute the declaration on the last page, setting forth information that establishes your inability to pay the fees and costs of the proceedings or to give security therefor. If you wish to proceed *in forma pauperis*, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution. If your prison account exceeds $25.00, you must pay the filing fee as required by the rule of the district court.

When the petition is completed, the original and 3 copies must be mailed to the Clerk of the United States District Court for the Central District of California, Edward R. Roybal Federal Building & U.S. Courthouse, 255 East Temple Street, Suite TS-134, Los Angeles, California 90012, ATTENTION: Intake/Docket Section.

Only one sentence, conviction, or parole matter may be challenged in a single petition. If you challenge more than one, you must do so by separate petitions.

PLEASE COMPLETE THE FOLLOWING: (*Check appropriate number*)

This petition concerns:
1. ☐ a conviction.
2. ☐ a sentence.
3. ☒ jail or prison conditions.
4. ☐ prison discipline.
5. ☐ a parole problem.
6. ☒ other. Constitutional abuses by staff, violations of Due process--arbitrary and Capricious use of punishment

**PETITION**

1. Place of detention  Victorville FCI #1 ; Victorville, CA
2. Name and location of court that imposed sentence  District Court, Washington D.C.

3. The indictment number or numbers (if known) upon which, and the offense or offenses for which, sentence was imposed:
    a.  N/A
    b.  _____
    c.  _____

4. The date upon which sentence was imposed and the terms of the sentence:
    a.  November 3, 2023
    b.  234 months
    c.  3 years supervised release probation

5. Check whether a finding of guilty was made:
    a. ☐ After a plea of guilty
    b. ☒ After a plea of not guilty
    c. ☐ After a plea of nolo contendere

6. If you were found guilty after a plea of not guilty, check whether that finding was made by:
    a. ☒ a jury
    b. ☐ a judge without a jury

7. Did you appeal from the judgment of conviction or the imposition of sentence?  ☒ Yes   ☐ No

8. If you did appeal, give the following information for each appeal:

    **CAUTION:** *If you are attacking a sentence imposed under a federal judgment, you must first file a direct appeal or motion under 28 U.S.C. § 2255 in the federal court that entered the judgment.*

    a. (1) Name of court  U.S. Court of Appeals for the D.C. Circuit
        (2) Result  Ongoing
        (3) Date of result  _____
        (4) Citation or number of opinion  _____

(5) Grounds raised (*list each*):
   (a) Ineffective Assistance of Counsel
   (b) Illegal Search and seizure
   (c) Fruit of the Poisonous tree.
   (d) _____

b. (1) Name of court  United States Court of Appeals for the D.C. Circuit
   (2) Result  Still Pending
   (3) Date of result _____
   (4) Citation or number of opinion  N/A
   (5) Grounds raised (*list each*):
   (a) Challenge to Hobbs Act Robbery being a cime of violence
   (b) Challenge to Identification
   (c) Illegal search and seizure
   (d) _____

9. State CONCISELY every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground. If necessary, attach a SINGLE page only behind this page.

   **CAUTION:** *If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date. You must state facts, not conclusions, in support of your grounds. A rule of thumb to follow: state WHO did exactly WHAT to violate your rights at WHAT time and place.*

   a. Ground one: Violations of Due Process by Federal Prison Staff, in the deprivation of property and liberty without Notice and a hearing.

   Supporting FACTS (tell your story BRIEFLY without citing cases or law): On May 8th 2025 I was locked into my cell for the actions of two other individuals, and remained so for over 3 weeks. On May 12, 2025 Captain Dennis and Lieutenant Gravelle order myself and the entire unit to place our personal property into clear plastic bags for removal from our cells; and, I was denied access to all of my property without notice or a hearing. I was locked in my cell, having committed no infraction for over 3 weeks.

   b. Ground two: Violation of the 14th Amendment--Equal protection of the laws where staff at Victorville FCI#1 dispense group punishment, rather than a Hearing.

   Supporting FACTS (tell your story BRIEFLY without citing cases or law): At Victorville FCI#1 the privileges I am to receive, as well as the due process that other prisoners receive at other BOP institutions are not being afforded to me. I was denied access to recreation, email, phone calls, commissary, and liberty arbitrarily in violaion of the constitution and BOP Policy.

c. Ground three: _____None_____

   Supporting FACTS (tell your story BRIEFLY without citing cases or law): ___N/A___

d. Ground four: N/A

   Supporting FACTS (tell your story BRIEFLY without citing cases or law):
   _____N/A_____

10. Have you filed previous petitions for habeas corpus, motions under Section 2255 of Title 28, United States Code, or any other applications, petitions, or motions with respect to this conviction?  ☐ Yes ☒ No

11. If your answer to Question No. 10 was yes, give the following information:
    a. (1) Name of Court ___N/A___
       (2) Nature of proceeding _____
       (3) Grounds raised _____

       (4) Result ___N/A___
       (5) Date of result _____
       (6) Citation or number of any written opinions or orders entered pursuant to each disposition.
           _____N/A_____

b. (1) Name of Court _____ N/A _____

(2) Nature of proceeding _____

(3) Grounds raised _____

_____

_____

_____

(4) Result _____

(5) Date of result _____

(6) Citation or number of any written opinions or orders entered pursuant to each disposition.

_____

_____

12. If you did not file a motion under Section 2255 of Title 28, United States Code, or if you filed such a motion and it was denied, state why your remedy by way of such motion is inadequate or ineffective to test the legality of your detention: Does not apply to conditions of confinement

_____

_____

_____

_____

13. Are you presently represented by counsel?  ☐ Yes  ☒ No

If so, provide name, address, and telephone number ___ N/A ___

Case name and court _____

14. If you are seeking leave to proceed *in forma pauperis*, have you completed the declaration setting forth the required information?  ☐ Yes  ☒ No

I will pay the cost.

WHEREFORE, petitioner prays that the court grant petitioner relief to which he may be entitled in this proceeding,

_____
*Signature of Attorney (if any)*

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on  June 25, 2025
          *Date*

_____
*Signature of Petitioner*

# Exhaustion of Available Remedies

To any Official in wich this letter is Concerned

    I Quaysa Flumo under penalty of purury solemnly swear that multiple times within the last year have tried to get administrative remedy (BP-8,9,10) from case manager Hill and Unit team counselor Warren and I have been Obstructed and denied forms or rejected from turning in remedy forms that I get from other inmates. I have informed the region with a BP-10 and was sent back to Ms. Hill and Warren without solution.

Sensitive

U.S. Department of Justice

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-DIR-9 including any attachments must be submitted with this appeal.

From: Humo, Quaysa           96061-007      C-UPPER    Victorville mediu
LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.      UNIT         INSTITUTION

**Part A—REASON FOR APPEAL** I have been punished for minor fist fights and drug related incidents that I am not apart of. 7 months out of the 2024 year I was on solitary confinement without even one hour of rec, 1-3 showers a week, no comissary, no access to law library, no phone call and lack of hot meals. In the United States there is no punishment without a crime. And I have been subject to these cruel and unusual punishment without due process of a write up or DHO hearing. The administration here (Warden Lepe, Warden Ricocol, Capt. Dennis and all LT's) have created a culture of opression and unethical behavior, anywhere from lying about why we on lockdown to covering up inmates physical and sexual assault by staff. I am in constant fear and in a dark place. I have been on lockdown since Dec 30 2024 came out for 6 days now I'm back on lockdown because a few people in my block had clothes lines hanging up. The Bureau's Inmate discipl program is Authorized by 18.U.S.C 4042(a)(3) and Sanctions will not be imposed in a capricios or retaliatory manner according to the program statement. My due process has been circumvented and as a result of solitary confinement and counselors weeks of absence I cannot get access to administrative remedies regularly. I would like to have all my privelages and rights and request an investigation be conducted on the Wardens, captain and Luitenants for assualts, abuse of power, and cruel and unusual punishment.

Jan/25/25
DATE                                                    SIGNATURE OF REQUESTER

**Part B—RESPONSE**

Received
APR 15 2025
Western Regional Office

DATE                                                    REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE                    CASE NUMBER: 1337044-R1

**Part C—RECEIPT**

CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

SUBJECT: _____

BP-230(13)
APRIL 1982



Quaysa Fluno
96061-007
Victorville FCI #1
PO box 3725
Adelanto CA 92301

LEGAL MAIL

To: United States District Court
Central District Of California
Office Of The Clerk
255 East Temple Street, Room 180
Los Angeles California 90012



Case 5:25-cv-01729-RGK-BFM Document 1 Filed 07/09/25 Page 10 of 10 Page ID #:10