1
2
3
4
5
6
7
8
9
10
11

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| 12  QUAYSA FLUMO,<br><br>13        Petitioner,<br><br>14      v.<br><br>15  WARDEN RICOLCOL,<br><br>16        Respondent. | No. 5:25-cv-01729-RGK-BFM<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

17

18        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the

19  records and files herein, and the Magistrate Judge's Report and

20  Recommendation. No objections to the Report and Recommendation were filed.

21  The Court accepts the recommendations of the Magistrate Judge.

22        ACCORDINGLY, IT IS ORDERED:

23      1.    The Report and Recommendation is accepted.

24      2.    The Petition is denied.

25      3.    Judgment shall be entered dismissing this action without prejudice

26  for failure to prosecute and comply with Court orders.

27
28

1    4.    The Court Clerk shall serve this Order and the Judgment on all

2  counsel or parties of record.

3

4  DATED: __12/22/2025__

5

6  _____
   HONORABLE R. GARY KLAUSNER
   UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2