JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| QUAYSA FLUMO,<br><br>    Petitioner,<br><br>    v.<br><br>WARDEN RICOLCOL,<br><br>    Respondent. | No. 5:25-cv-01729-RGK-BFM<br><br>**JUDGMENT** |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the Petition in this matter is denied and the action is dismissed without prejudice for failure to prosecute and comply with Court orders.

DATED: 12/22/2025

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE